IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YADIRA GUZMAN and DANIRIS ESPINAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>THREE AMIGOS SJL INC., THREE AMIGOS SJL REST., INC., TIMES SQUARE RESTURANT NO. 1, INC., TIMES SQUARE RESTAURANT GROUP, LTD., SELIM "SAM" ZHERKA, and DOMINICA O'NEILL,<br><br>Defendants. | Civil Action No.:<br>14 CV 10120 (GBD) |
| EVELYN RODRIGUEZ, JANINNE BONDERENKO, JENNIFER ELLER and KAYLA ATKINS, on behalf of Themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>THREE AMIGOS SJL INC., THREE AMIGOS SJL REST., INC., TIMES SQUARE RESTURANT NO. 1, INC., TIMES SQUARE RESTAURANT GROUP, LTD., SELIM "SAM" ZHERKA, and DOMINICA O'NEILL,<br><br>Defendants. | Civil Action No.:<br>15 CV 823 (GBD) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/17

RECEIVED
SDNY PRO SE OFFICE
2017 NOV -1 PM 3:26
S.D. OF N.Y.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant SELIM ZHERKA, acting *pro se*, requests that the Court, to Fed. R. Civ. P. 16(b)(4), extend the time for discovery by 180 days pursuant and expand discovery to include all opt-in plaintiffs.

In support of this motion, I submit a Memorandum of Law including Exhibits, my own Affidavit, and an Affirmation of Mr. Stephen Schwartz, Esq.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Selim Zherka
　　　　　　　　　　　　　　　　　　　　　　　　　1009 W. Boston Post Road, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　　　　　Mamaroneck, NY 10543
　　　　　　　　　　　　　　　　　　　　　　　　　(914) 409-6941
　　　　　　　　　　　　　　　　　　　　　　　　　samzherka@gmail.com

Dated: November 1, 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YADIRA GUZMAN and DANIRIS ESPINAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against –<br><br>THREE AMIGOS SJL INC., THREE AMIGOS SJL REST., INC., TIMES SQUARE RESTURANT NO. 1, INC., TIMES SQUARE RESTAURANT GROUP, LTD., SELIM "SAM" ZHERKA, and DOMINICA O'NEILL,<br><br>Defendants. | Civil Action No.:<br>14 CV 10120 (GBD) |
| EVELYN RODRIGUEZ, JANINNE BONDERENKO, JENNIFER ELLER and KAYLA ATKINS, on behalf of Themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against –<br><br>THREE AMIGOS SJL INC., THREE AMIGOS SJL REST., INC., TIMES SQUARE RESTURANT NO. 1, INC., TIMES SQUARE RESTAURANT GROUP, LTD., SELIM "SAM" ZHERKA, and DOMINICA O'NEILL,<br><br>Defendants. | Civil Action No.:<br>15 CV 823 (GBD) |

## NOTICE OF MOTION

Selim Zherka
1009 W. Boston Post Road, 2nd Floor
Mamaroneck, NY 10543
(914) 409-6941
samzherka@gmail.com